1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Hendrick Block

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICK BLOCK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IMAD AHMED ALOUDI dba SHIELDS FOOD MARKET aka SHIELDS COMMUNITY MARKET, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-01217-DAD-SKO<br><br>**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>**(Doc. 10)**<br><br>Date:　　　　January 14, 2021<br>Time:　　　　9:45 a.m.<br>Courtroom:　7<br><br>Magistrate Judge Sheila K. Oberto |

　　　　Plaintiff Hendrick Block ("Plaintiff"), by and through his attorneys of record, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for January 14, 2021 at 9:45 a.m. for the reasons set forth below.

　　　　1.　　Clerk's default has been entered against defendant Imad Ahmed Aloudi ("Aloudi") due to his failure to timely appear or file a responsive pleading in this action (Dkt. 7).

　　　　2.　　Plaintiff has diligently attempted to effect service of the Summons and Complaint on the remaining defendant, Badr Mohamed Refai, Trustee of the Badr and Amira

Refai Family Trust established on April 16, 2016 ("Refai") but has not been able to effect service and believes that Refai may be evading service.

3. Plaintiff has now exhausted all avenues to effect personal service and will be filing a motion for leave to serve Refai by publication.

4. Plaintiff has been granted an extension of time within which to serve Refai until February 23, 2021 (Dkt. 9).

5. Because no defendants have appeared in the action, Plaintiff has been unable to meet and confer with defendants or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for January 14, 2021 be continued to a date after April 1, 2021 at the Court's convenience.

Dated: January 7, 2021                    MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Hendrick Block

### ORDER

Upon request by Plaintiff (Doc. 10) and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for January 14, 2021, is **CONTINUED to April 29, 2021, at 9:45 A.M.** before Magistrate Judge Sheila K. Oberto in Courtroom 7 of the above-entitled Court. A Joint Scheduling Report shall be filed one week prior to the Conference.

IT IS SO ORDERED.

Dated:   **January 11, 2021**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE