1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff
   Hendrik Block
6

7

8                      **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10
                                                    )
11  HENDRIK BLOCK,                                  )  Case No. 1:20-cv-01217-DAD-SKO
                                                    )
12              Plaintiff,                          )  **PLAINTIFF'S SECOND *EX PARTE***
                                                    )  **APPLICATION FOR RELIEF FROM**
13          v.                                      )  **SERVICE DEADLINE; ORDER**
                                                    )
14  IMAD AHMED ALOUDI dba SHIELDS                   )
    FOOD MARKET aka SHIELDS                         )  (Doc. 14)
15  COMMUNITY MARKET, et al.,                       )
                                                    )  *Declaration of Tanya E. Moore filed*
16              Defendants.                         )  *concurrently herewith*
                                                    )
17                                                  )
                                                    )
18                                                  )
                                                    )
19                                                  )
                                                    )
20                                                  )
                                                    )
21  _____             )

22

23      **WHEREAS,** the complaint in this matter was filed on August 27, 2020 (Dkt. 1);

24      **WHEREAS,** Rule 4(m) of the Federal Rules of Civil Procedure provides that all

25  defendants are to be served 90 days from the date the complaint was filed, here November 25,

26  2020;

27      **WHEREAS**, on November 18, 2020, a clerk's default was entered against Defendant

28  Imad Ahmed Aloudi dba Shields Food Market aka Shields Community Market;


1  **WHEREAS,** Defendant Badr Mohamed Refai, Trustee of the Badr and Amira Refai
2  Family Trust established on April 16, 2016 ("Defendant"), is the only remaining defendant to
3  be served in this action;

4  **WHEREAS,** Plaintiff has been diligently attempting to serve Defendant with the
5  Summons and Complaint, but has not been able to effect service on Defendant to date;

6  **WHEREAS,** Plaintiff filed a motion for order permitting service by publication (ECF
7  Doc. 11), but it was denied on February 16, 2021 (ECF Doc. 13);

8  **WHEREAS,** this request is made ex parte because the service deadline expires
9  February 23, 2021;

10  **WHEREAS,** Plaintiff sent via certified mail with receipt, a waiver of service of
11  summons on February 19, 2021 with complaint, accompanying documents, and letter with
12  instructions to sign, date, and return the waiver of service. However, additional time will be
13  needed to determine if Defendant will respond;

14  **WHEREAS,** Plaintiff further plans to hire a private investigator to conduct research on
15  Defendant's whereabouts to effect service on Defendant;

16  **WHEREAS**, Plaintiff requires a 90-day extension in a further attempt to complete
17  service on Defendant;

18  **NOW, THEREFORE,** Plaintiff, by and through his counsel, hereby requests that he be
19  given an additional 90 days from the current deadline of February 23, 2021 to May 23, 2021
20  within which to complete service of the complaint on Defendant (or take other appropriate
21  action) in order to exhaust such efforts.

Dated: February 23, 2021                    MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Hendrik Block

///

///

PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR RELIEF FROM SERVICE DEADLINE; ORDER

# ORDER

Upon request of Plaintiff (Doc. 14), and good cause appearing,

**IT IS HEREBY ORDERED** that the time within which Plaintiff must serve the Complaint on Defendant Badr Mohamed Refai, Trustee of the Badr and Amira Refai Family Trust established on April 16, 2016, is EXTENDED from February 23, 2021 to May 23, 2021.

IT IS SO ORDERED.

Dated:   **February 24, 2021**                                  /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE