UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMAD AHMED ALOUDI d/b/a SHIELDS FOOD MARKET, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-01217-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 18) |

　　　　On May 3, 2021, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action, in which he notifies the Court of the dismissal of this action with prejudice. (Doc. 18.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　　Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL CLOSE the case.

IT IS SO ORDERED.

Dated:　**May 4, 2021**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE